266

## Morris Resnick and Rose Resnick, Appellants, v. Ludwik Golik et al., Appellees.

Gen. No. 44,164.

opinion

filed April 21, 1948; rehearing denied May 7, 1948; released for publication May 7, 1948. Ring, Uhlir & Cuchna, for appellants; Edward A. Sinden and Igor A. Kovac, for appellees. Opinion by JUSTICE BURKE. Not to be published in full.

## Anthony B. Mazurk, Appellee, v. Willam E. Murawska, Appellant.

Gen. No. 44,203.

opinion filed April 21, 1948; released for publication May 7, 1948. Whitty & McGah, for appellant; Arthur W. Kennelly, of counsel; Mitchell Kilanowski, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.

## Marcel A. Ackermann, Appellee, v. Josephine C. Ackermann, Appellant.

### Gen. No. 44,219.

opinion filed April 21, 1948; released for publication May 7, 1948. Francis F. Moran, for appellant; Harry G. Fins, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.

## Josephine Franks Glaser, Appellant, v. Chicago Title and Trust Company, Appellee. Moses Levitan et al., and Norvin H. Franks et al., Appellees.

### Gen. No. 44,234.